IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RHONDA TURNER,
    Plaintiff,

vs.                               CASE NO.  3:10cv530/LAC/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 12, 2011. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The applications for disability insurance benefits and supplemental security income is DENIED.

DONE AND ORDERED this 13th day of January, 2012.

                                         s/*L.A. Collier*
                                         LACEY A. COLLIER
                                         SENIOR UNITED STATES DISTRICT JUDGE